IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: November 19, 2019
Courtroom Deputy: Anna Frank
Court Reporter: Mary George

| | |
|---|---|
| Civil Action No. **17-cv-2277-WJM-NRN** | Counsel: |
| MELODIE BUSHMAN, on behalf of herself and all others similarly situated, | Joshua Fields<br>Brett Huff |
| Plaintiffs, | |
| v. | |
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, an Iowa Corporation, and DOES 1-10 inclusive, | Mark Hanover<br>Katie Guinn |
| Defendants. | |

## COURTROOM MINUTES

**FAIRNESS HEARING**

**9:03 a.m.    Court in session.**

Appearances of counsel. Paul Mackenzie, on behalf of Nationwide Agribusiness Insurance Company, is also seated at defense table.

Opening remarks by the Court.

The Court addresses the Plaintiff's Unopposed Motion for Attorneys' Fees and Expenses and a Service Award for Plaintiff [ECF 114] and the Joint Motion for Final Approval of Class Action Settlement [ECF 113].

Argument by counsel for Plaintiffs.

Argument by counsel for Defendants.

Discussion held regarding the Proposed Final Order and Judgment.

**9:38 a.m.**     **Court in recess.**
**9:51 a.m.**     **Court in session.**

No oral or written objections were submitted to the Court from any member of the Plaintiff class.

Statements by the Court regarding the reasonableness of the settlement agreement as stated on the record.

**ORDERED:** The Joint Motion for Final Approval of Class Action Settlement [ECF 113] is granted. A final order directing entry of judgment will follow.

**ORDERED:** Plaintiff's Unopposed Motion for Attorneys' Fees and Expenses and a Service Award for Plaintiff [ECF 114] is taken under advisement. The Court will allow plaintiffs' counsel to file supplemental declarations by November 27, 2019.

**9:59 a.m.**     **Court in recess.**

Total time in court: 0:43

Hearing concluded.