IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 17-cv-2277-WJM-NRN

MELODIE BUSHMAN, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, an Iowa Corporation, and DOES 1-10 inclusive,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58, the following Final Judgment is hereby entered.

Pursuant to the Final Order [ECF 117] entered on December 4, 2019, and incorporated herein by reference as if fully set forth, it is

ORDERED that this civil action and Complaint are dismissed with prejudice as settled and the case will be closed. It is further

ORDERED that parties shall bear their own fees and costs except as authorized in the Final Order [ECF 117].

DATED at Denver, Colorado this 4th day of December, 2019.

                                  FOR THE COURT:

                                  JEFFREY P. COLWELL, CLERK

                                  By: s/Anna Frank
                                  Anna Frank, Deputy Clerk